Date signed February 28, 2007



_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at BALTIMORE

| | | |
|---|---|---|
| In Re: | * | |
| **Sandra S. Fiore** | * | Case No.    06-17968 RAG |
| | * | Chapter    7 |
| | * | |
| | * | Creditor   - Citizens Bank |
| Debtor(s). | * | Reaffirmation  - #20 |

### STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed.  It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m).  No hearing, determination, or order is required.

cc:    Debtor(s)
       Debtor(s) Counsel  - Edward M. Miller
       Creditor - Citizens Bank
       Trustee - Brian A. Goldman

**End Of Order**

Reaff-34.4  -  2/9/07 (sf)